UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DEMOND CAMPBELL,

                         Plaintiff,                      18 Civ. 5507 (NSR) (AEK)

      -against-                                 **ORDER**

CORRECTIONAL OFFICER TRUW, et al.,

                       Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The Court is in receipt of documents submitted in this matter *in camera*. Plaintiff sought production of Defendants' personnel files. None of the documents reviewed by the Court from the Defendants' personnel files have any relevance to the allegations in Plaintiff's complaint. Accordingly, the Court concludes that none of these documents are required to be produced to Plaintiff. The Court will retain the records that were provided for *in camera* review.

       The Clerk of the Court is directed to mail a copy of this order to the *pro se* Plaintiff.

Dated: November 23, 2020
       White Plains, New York

                                                    **SO ORDERED.**

                                                    ANDREW E. KRAUSE
                                                    United States Magistrate Judge