**MEMO ENDORSED**



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

January 11, 2023

**In light of the adjournment of trial and Pltf's request for pro bono counsel, Defts' request to adjourn the Pretrial Teleconf. from Jan. 17, 2023 until Apr. 4, 2023 at 10:00 am is GRANTED. The parties are directed to the Minute Entry dated Oct. 31, 2022 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF. 131, to mail a copy of this endorsement to pro se Pltf at the address on the docket and to show service.**
**Dated: White Plains, NY**
**January 11, 2023**

SO ORDERED:

*/s/ Nelson S. Román*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

**Via ECF**
Hon. Nelson S. Román, U.S.D.J.
U.S. District Court, S.D.N.Y.
300 Quarropas Street, Room 275
White Plains, New York 10601

Re:  *Campbell v. Trew*, No. 18-CV-05507 (NSR) (AEK)
     Request to Adjourn the January 17, 2023 Final Pretrial Conference

Dear Judge Román:

On December 16, 2022, the Court issued an Opinion & Order: **(1)** allowing Holwell Shushter & Goldberg LLP to withdraw as Plaintiff's trial counsel; **(2)** granting Plaintiff appointment of new *pro bono* counsel; and **(3)** adjourning jury selection from January 23, 2023 to October 17, 2023 in light of the surgery Plaintiff is expected to undergo on January 19, 2023. (*See* Doc. 129).

Given the adjournment of trial, Plaintiff's surgery, and ongoing efforts to locate new *pro bono* counsel, Defendants request—in accordance with Rule 1.E of this Court's Individual Practices—that the final pretrial conference scheduled to proceed at 4:00 p.m. on January 17, 2023 be adjourned to a date and time that is both closer to trial and convenient for the Court.

There has been no prior request to adjourn the January 17, 2023 conference. Plaintiff, who is proceeding *pro se*, has not been consulted in advance of this request because there are time constraints with first class mail.

Respectfully,

*George P. Burns, Jr.*
George P. Burns, Jr.
Assistant Attorney General
(914) 422-8765
George.Burns@ag.ny.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2023

cc:  Mr. Desmond Campbell (via First Class Mail)
     P.O. Box 14154
     Rochester, New York 14614