```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMPBELL,

                Plaintiff(s),

-against-

CORRECTION OFFICER TREW, et al.,

                Defendant(s).

18 CV 5507 (NSR)
RESCHEDULING ORDER

NELSON S. ROMÁN, U.S.D.J.:

A telephonic Pretrial Conference was scheduled for April 4, 2023 at 10:00 am. *Pro se* Plaintiff did not call in.   The Clerk of Court mailed a copy of the notice for April 4, 2023 conference and the mailing was not returned to the Clerk's Office. A jury trial is scheduled to commence on October 17, 2023. The Court rescheduled the telephonic Pretrial Conference to May 4, 2023.   However, the Court now has a scheduling conflict on May 4, 2023.   Therefore, it is hereby

ORDERED that the above case scheduled for a **Pretrial Conference on May 4, 2023 is advanced to May 3, 2023 at 10:00 am to be held via teleconference**.

To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334** #; **(3) Press pound** (#) **to enter the teleconference as a guest.**

In preparation for and while engaging in a teleconference, please follow these guidelines:

1. Use a landline whenever possible.

2. Use handset rather than speakerphone.

3. Identify yourself each time you speak.

4. Be mindful that, unlike in a courtroom setting, interrupting can render both speakers unintelligible.

5. **Mute** when not speaking to eliminate background noise, i.e., dog barking, kids playing, sirens, papers shuffling, emails pinging, drinking, breathing. It all comes

through. This will also prevent interruptions.

6. Avoid voice-activated systems that don't allow the speaker to know when someone else is trying to speak and they cut off the beginning of words.

7. Spell proper names.

8. Have judge confirm reporter is on the line.

9. If someone hears beeps or musical chimes, that means someone has either come in or left the conference. Please be aware that the judge may need to clarify that the reporter has not lost the line. (This has happened before, and the reporter had to dial back in and tell the judge the last thing that the court reporter transcribed.)

Defendants' counsel is directed to mail a copy of this Order to *pro se* Plaintiff by both regular and certified mail – return receipt requested.   Counsel is further directed to file proof of service on the docket.

SO ORDERED.

Dated:   April 18, 2023
         White Plains, NY

_____
NELSON S. ROMÁN, U.S.D.J.