**MEMO ENDORSED**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

914-422-8845

July 10, 2023

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:** Campbell v. Trew s/h/a Truw et al.,
Index No.: 18-cv-5507 (NSR)

Dear Hon. Judge Roman:

I represent Defendants in this case. I write to request an adjournment of the final pretrial conference in this case, currently scheduled for July 17, 2023 at 10:30 am. The parties have reached a settlement in this case, and are proceeding to complete the necessary paperwork.

Respectfully submitted,

*Rachel Zaffrann*

Rachel Zaffrann
Deputy Assistant Attorney General

cc:  Demond Campbell
     P.O. Box 14154
     Rochester, NY 14614

**Defts' request is denied as the next telephonic Pretrial Conf. is scheduled for Sept. 6, 2023 at 11:00 am. To access the teleconference, please follow these directions: (1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest. The parties are reminded that a jury trial is scheduled to begin on Oct. 17, 2023. Defts are directed to mail a copy of this endorsement to pro se Pltf. and file proof of service. Clerk of Court is requested to terminate the motion at ECF No. 141.
Dated: White Plains, NY
        July 13, 2023**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/2023